B 201 (12/08)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF UTAH, CENTRAL DIVISION

# NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
# OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total Fee $299)

1. Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

2. Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

3. The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

4. Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

1. Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments

over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2.  Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

3.  After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

## Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

## Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

### Certificate of Attorney
I hereby certify that I delivered to the debtor this notice required by § 342(b) of the Bankruptcy Code.

| Anna W. Drake A0909 | X /s/ Anna W. Drake | August 21, 2009 |
|---|---|---|
| Printed Name of Attorney | Signature of Attorney | Date |

Address:
**175 South Main Street**
**Suite 1250**
**Salt Lake City, UT 84111**
**801-328-9792**
**annadrake@att.net**

### Certificate of Debtor
I (We), the debtor(s), affirm that I (we) have received and read this notice.

| Robin Leon Andersen Debra Lee Andersen | X /s/ Robin Leon Andersen | August 21, 2009 |
|---|---|---|
| Printed Name(s) of Debtor(s) | Signature of Debtor | Date |
| Case No. (if known) | X /s/ Debra Lee Andersen | August 21, 2009 |
| | Signature of Joint Debtor (if any) | Date |

B7 (Official Form 7) (12/07)

# United States Bankruptcy Court
### District of Utah, Central Division

In re **Robin Leon Andersen**
**Debra Lee Andersen**
_____

Debtor(s)

Case No. _____

Chapter **7** _____

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

_____

#### 1. Income from employment or operation of business

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $0.00 | **2009 YTD: Husband (Unemployed)** |
| $23,471.00 | **2008: Husband (Employment)** |
| $74,083.00 | **2007: Husband (Employment)** |
| $16,633.99 | **2009 YTD: Wife Employment** |
| $11,068.00 | **2008: Wife Employment** |
| $0.00 | **2007: Wife (Unemployed)** |

2

**2. Income other than from employment or operation of business**

None ■ State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                    SOURCE

**3. Payments to creditors**

None ☐ ***Complete a. or b., as appropriate, and c.***

a.   *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Prestige Financial Services**<br>**PO Box 26907**<br>**Salt Lake City, UT 84126-0907** | **5/15/09: $371.00**<br>**5/29/09: $371.00**<br>**7/29/09: $371.00** | **$1,110.00** | **$14,299.11** |

None ■ b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None ■ c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None ☐ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **City of West Jordan**<br>**v.**<br>**Robin Leon Andersen;**<br>**Case No. 055306819 TC** | **Traffic violation** | **West Jordan City Justice Court**<br>**Salt Lake County**<br>**State of Utah** | **Fine imposed** |
| **Collection Services Bureau of Utah**<br>**v.**<br>**Robin Andersen;**<br>**Civil No. 08040** | **Collection** | **Third District Court**<br>**West Jordan Department**<br>**Salt Lake County**<br>**State of Utah** | **Judgment** |

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Express Recovery Services v. Robin L. Andersen and Debbie Andersen; Civil No. 060407391CV** | **Collection** | **Third District Court West Valley Department Salt Lake County State of Utah** | **Judgment** |
| **Mathew Miller dba a Tin Man v. Rob Andersen; Civil No. 088000038** | **Collection** | **Small Claims Court Sandy City State of Utah** | **Judgmnet** |
| **Murray City v. Robin Leon Andersen; Case No. 055006193 TC** | **Traffic violation** | **Murray Justice Court Salt Lake County State of Utah** | **Fine imposed** |
| **Sandy City v. Debra Lee Andersen; Case No. 071000909 IF** | **Traffic violation** | **Sandy Justice Court Salt Lake County State of Utah** | **Pending** |
| **Sandy City v. Robin L Andersen; Case No. 045002792 TC** | **Traffic violation** | **Sandy Justice Court Salt Lake County State of Utah** | **Arrest warrant issued** |
| **Sandy City v. Robin Leon Andersen; Case No. 095003525 TC** | **Traffic violation** | **Sandy Justice Court Salt Lake County State of Utah** | **Pending** |
| **Sandy City v. Robin Leon Andersen; Case No. 091000961 MO** | **Dog License Violation, Failure to Obtain Rabies Vaccination, and Failure to Appear** | **Sandy Justice Court Salt Lake County State of Utah** | **Bench Warrant Pending** |
| **State of Utah v. Debra Andersen; C07-03589** | **Traffic violation** | **West Valley City Justice Court Salt Lake County State of Utah** | **Fine imposed** |
| **State of Utah v. Debra Lee Andersen; C07-06045** | **Traffic violation** | **West Valley City Justice Court Salt Lake County State of Utah** | **Fine imposed** |
| **State of Utah v. Debra Lee Andersen; CI07-03645** | **Traffic violation** | **West Valley City Justice Court Salt Lake County State of Utah** | **Fine imposed** |
| **Unifund CCR Partners v. Robin L. Andersen; Civil No. 060410874** | **Collection** | **Third District Court West Jordan Department Salt Lake County State of Utah** | **Judgment** |

None □ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **Internal Revenue Service**<br>**Attn: Insolvency Mail Stop 5021**<br>**50 South 200 East**<br>**Salt Lake City, UT 84111** | **4/6/09** | **Tax liens filed against residence:**<br>**2006: $9,620.42**<br>**2003: $1,441.33**<br>**2001: $964.36**<br>**2000: $2,801.46** |

### 5. Repossessions, foreclosures and returns

None □ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **Mountain America Credit Union**<br>**7181 S Campus View Dr**<br>**West Jordan, UT 84084** | **Foreclosure Scheduled for**<br>**8/24/09** | **Real property situated at 11321 South Paloma Way, Sandy, Utah 84094 [Lot 225, Silver Ridge Subdivision No. 2, according to the official plat thereof, recorded in the office of the Salt Lake County Recorder]** |

### 6. Assignments and receiverships

None ■ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None ■ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

### 7. Gifts

None □ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |
| **LDS Church** | **None** | **2009 YTD** | **$950.00 (approximately)** |

5

**8.  Losses**

None
■   List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9.  Payments related to debt counseling or bankruptcy**

None
☐   List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **InCharge Education Foundation** | **7/9/09** | **$30.00** |
| **Anna W. Drake, P.C.** **175 South Main Street** **Suite 1250** **Salt Lake City, UT 84111** | **6/25/09** | **$2,000.00** |

**10.  Other transfers**

None
■   a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None
■   b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11.  Closed financial accounts**

None
■   List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

6

**12. Safe deposit boxes**

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None
☐

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| **Clifford Andersen Residence** | **2006 Honda Accord** | **Residence** |
| **Andrea Andersen Residence** | **1995 Firebird** | **Residence** |

**15. Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

| None ■ | a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law: |

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

| None ■ | b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice. |

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

| None ■ | c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number. |

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

### 18 . Nature, location and name of business

None ☐    a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Scrap in a Snap** | **87-0648789** | **98 North 1200 East Lehi, UT 84043** | **Online scrapbooking** | **8/00 - 6/03 (est)** |

| None ■ | b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101. |

| NAME | ADDRESS |
|---|---|

    The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

    *(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

8

### 19. Books, records and financial statements

None
■    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                                    DATES SERVICES RENDERED

None
■    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                        ADDRESS                        DATES SERVICES RENDERED

None
■    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                            ADDRESS

None
■    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                    DATE ISSUED

### 20. Inventories

None
■    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

DATE OF INVENTORY            INVENTORY SUPERVISOR            DOLLAR AMOUNT OF INVENTORY
                                                            (Specify cost, market or other basis)

None
■    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

DATE OF INVENTORY                        NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY
                                         RECORDS

### 21 . Current Partners, Officers, Directors and Shareholders

None
■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS            NATURE OF INTEREST            PERCENTAGE OF INTEREST

None
■    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

NAME AND ADDRESS                        TITLE                        NATURE AND PERCENTAGE
                                                                     OF STOCK OWNERSHIP

### 22 . Former partners, officers, directors and shareholders

None
■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

NAME                        ADDRESS                        DATE OF WITHDRAWAL

None
□    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|
| **Tamme & Bill Henry**<br>**949 Saratoga Dr**<br>**Saratoga Springs, UT** | **Managing Members** | **2003 (est)** |

9

**23 . Withdrawals from a partnership or distributions by a corporation**

None
■

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

**24. Tax Consolidation Group.**

None
■

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
| --- | --- |

**25. Pension Funds.**

None
■

If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
| --- | --- |

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  **August 21, 2009**                    Signature  **/s/ Robin Leon Andersen**
                                                          **Robin Leon Andersen**
                                                          Debtor

Date  **August 21, 2009**                    Signature  **/s/ Debra Lee Andersen**
                                                          **Debra Lee Andersen**
                                                          Joint Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
### District of Utah, Central Division

In re    **Robin Leon Andersen,**
      **Debra Lee Andersen**                             Case No. _____

                                  Debtors          Chapter _____ **7** _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 190,000.00 | | |
| B - Personal Property | Yes | 4 | 11,504.98 | | |
| C - Property Claimed as Exempt | Yes | 2 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 235,124.90 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | 105,208.94 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 17 | | 50,896.90 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 1,658.20 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 3,537.00 |
| Total Number of Sheets of ALL Schedules | | 33 | | | |
| | | Total Assets | 201,504.98 | | |
| | | | Total Liabilities | 391,230.74 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## District of Utah, Central Division

In re    **Robin Leon Andersen,**
         **Debra Lee Andersen**                                        Case No. _____

                                                        Debtors         Chapter_____**7**_____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 105,208.94 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 105,208.94 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | 1,658.20 |
| Average Expenses (from Schedule J, Line 18) | 3,537.00 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 2,073.81 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 36,124.90 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 50,896.90 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 87,021.80 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6A (Official Form 6A) (12/07)

.

In re    **Robin Leon Andersen,**                                    Case No. _____
      **Debra Lee Andersen**

                                          Debtors        ,

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Real property situated at 11321 South Paloma Way, Sandy, Utah 84094 [Lot 225, Silver Ridge Subdivision No. 2, according to the official plat thereof, recorded in the office of the Salt Lake County Recorder]** | **Fee simple** | **H** | **190,000.00** | **219,525.79** |

|  |  |  |
|---|---|---|
| Sub-Total > | **190,000.00** | (Total of this page) |
| Total > | **190,000.00** |  |

  **0**   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re      **Robin Leon Andersen,**                                                      Case No. _____
           **Debra Lee Andersen**
_____,
                                        Debtors

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | | **Cash** | J | 20.00 |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Mountain America Credit Union Account No. x4306** | H | 10.00 |
| | | **Mountain America Credit Union Account No. xxxxxx0614** | J | 10.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | **Computer and monitor** | J | 50.00 |
| | | **Desk, chair, computer and phone** | J | 70.00 |
| | | **(4) Beds and bedding** | J | 250.00 |
| | | **(4) Dressers** | J | 75.00 |
| | | **(7) Chairs** | J | 50.00 |
| | | **Kitchen table and (4) chairs** | J | 25.00 |
| | | **Freezer** | J | 25.00 |
| | | **(5) Lamps** | J | 25.00 |
| | | **Love seat** | J | 10.00 |
| | | **Microwave** | J | 10.00 |
| | | **(3) Mirrors** | J | 50.00 |
| | | **(3) Nightstands** | J | 60.00 |

Sub-Total >          740.00
(Total of this page)

___3___ continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re  **Robin Leon Andersen,**          Case No. _____
       **Debra Lee Andersen,**

_____,
                    Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Pots and pans<br>Small kitchen appliances<br>Dishes<br>Silverware | J | 25.00 |
| | | Refrigerator | J | 10.00 |
| | | (2) End tables | J | 25.00 |
| | | Sofa | J | 10.00 |
| | | Stove | J | 10.00 |
| | | (3) Televisions (old) | J | 25.00 |
| | | Vacuum | J | 5.00 |
| | | VCR | J | 20.00 |
| | | Washer and dryer | J | 35.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | (60) Books | J | 20.00 |
| | | Holiday decorations | J | 0.00 |
| | | Family pictures | J | 0.00 |
| 6. Wearing apparel. | | Clothing | J | 75.00 |
| 7. Furs and jewelry. | | Costume jewelry | J | 20.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | | (25) Old movies | J | 25.00 |
| | | Camera?? | J | 0.00 |
| | | Broken camera | J | 5.00 |
| | | Bicycle | J | 10.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >          320.00
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Robin Leon Andersen,**
       **Debra Lee Andersen**                     Case No. _____

_____,
                        Debtors

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | The Boyer Company 401(k) Plan | H | 691.98 |
| | | Salt Lake City Courts (pension) [payable @ $8,400/year beginning at age 65] | H | Unknown |
| | | Costco 401(k) | W | 453.00 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

Sub-Total >      **1,144.98**
(Total of this page)

Sheet __**2**__ of __**3**__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                              Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re  **Robin Leon Andersen,**                              Case No. _____
       **Debra Lee Andersen**

                                                    ,
                              Debtors
# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2001 Chevrolet Tahoe (118,275 miles)** | **H** | **9,000.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Telephone** | **J** | **50.00** |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | | **Bulldog** | **J** | **20.00** |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | **C-Pap machine** | **H** | **230.00** |

|  | Sub-Total > | **9,300.00** |
|---|---|---|
|  | (Total of this page) | |
|  | Total > | **11,504.98** |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6C (Official Form 6C) (12/07)

.

In re   **Robin Leon Andersen,**                                    Case No. _____
        **Debra Lee Andersen,**

_____,
                    Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                              $136,875.
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Household Goods and Furnishings** | | | |
| **Computer and monitor** | **Utah Code Ann. § 78B-5-506(1)(a)** | **50.00** | **50.00** |
| **Desk, chair, computer and phone** | **Utah Code Ann. § 78B-5-506(1)(a)** | **70.00** | **70.00** |
| **(4) Beds and bedding** | **Utah Code Ann. § 78B-5-505(1)(a)(viii)(E)** | **250.00** | **250.00** |
| **(4) Dressers** | **Utah Code Ann. § 78B-5-506(1)(a)** | **75.00** | **75.00** |
| **(7) Chairs** | **Utah Code Ann. § 78B-5-506(1)(a)** | **50.00** | **50.00** |
| **Kitchen table and (4) chairs** | **Utah Code Ann. § 78B-5-506(1)(b)** | **25.00** | **25.00** |
| **Freezer** | **Utah Code Ann. § 78B-5-505(1)(a)(viii)(A)** | **25.00** | **25.00** |
| **(5) Lamps** | **Utah Code Ann. § 78B-5-506(1)(a)** | **25.00** | **25.00** |
| **Love seat** | **Utah Code Ann. § 78B-5-506(1)(a)** | **10.00** | **10.00** |
| **Microwave** | **Utah Code Ann. § 78B-5-505(1)(a)(viii)(A)** | **10.00** | **10.00** |
| **(3) Mirrors** | **Utah Code Ann. § 78B-5-506(1)(a)** | **50.00** | **50.00** |
| **(3) Nightstands** | **Utah Code Ann. § 78B-5-506(1)(a)** | **60.00** | **60.00** |
| **Pots and pans**<br>**Small kitchen appliances**<br>**Dishes**<br>**Silverware** | **Utah Code Ann. § 78B-5-506(1)(a)** | **25.00** | **25.00** |
| **Refrigerator** | **Utah Code Ann. § 78B-5-505(1)(a)(viii)(A)** | **10.00** | **10.00** |
| **(2) End tables** | **Utah Code Ann. § 78B-5-506(1)(a)** | **25.00** | **25.00** |
| **Sofa** | **Utah Code Ann. § 78B-5-506(1)(a)** | **10.00** | **10.00** |
| **Stove** | **Utah Code Ann. § 78B-5-505(1)(a)(viii)(A)** | **10.00** | **10.00** |
| **(3) Televisions (old)** | **Utah Code Ann. § 78B-5-506(1)(a)** | **25.00** | **25.00** |
| **Vacuum** | **Utah Code Ann. § 78B-5-506(1)(a)** | **5.00** | **5.00** |
| **VCR** | **Utah Code Ann. § 78B-5-506(1)(a)** | **20.00** | **20.00** |
| **Washer and dryer** | **Utah Code Ann. § 78B-5-505(1)(a)(viii)(A)** | **35.00** | **35.00** |

___1___ continuation sheets attached to Schedule of Property Claimed as Exempt

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6C (Official Form 6C) (12/07) -- Cont.

In re    **Robin Leon Andersen,**                   Case No. _____

           **Debra Lee Andersen**

_____ ,

Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Books, Pictures and Other Art Objects; Collectibles** | | | |
| **(60) Books** | Utah Code Ann. § 78B-5-506(1)(c) | 20.00 | 20.00 |
| Family pictures | Utah Code Ann. § 78B-5-505(1)(a)(ix) | 100% | 0.00 |
| **Wearing Apparel** | | | |
| **Clothing** | Utah Code Ann. § 78B-5-505(1)(a)(viii)(D) | 75.00 | 75.00 |
| **Furs and Jewelry** | | | |
| **Costume jewelry** | Utah Code Ann. § 78B-5-506(1)(d) | 20.00 | 20.00 |
| **Firearms and Sports, Photographic and Other Hobby Equipment** | | | |
| **(25) Old movies** | Utah Code Ann. § 78B-5-506(1)(c) | 25.00 | 25.00 |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| **Salt Lake City Courts (pension) [payable @ $8,400/year beginning at age 65]** | Utah Code Ann. § 78B-5-505(1)(a)(xiv) | 0.00 | Unknown |
| **Costco 401(k)** | Utah Code Ann. § 78B-5-505(1)(a)(xiv) | 453.00 | 453.00 |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **2001 Chevrolet Tahoe (118,275 miles)** | Utah Code Ann. § 78B-5-506(3) | 2,500.00 | 9,000.00 |
| **Office Equipment, Furnishings and Supplies** | | | |
| **Telephone** | Utah Code Ann. § 78B-5-506(1)(a) | 50.00 | 50.00 |
| **Animals** | | | |
| **Bulldog** | Utah Code Ann. § 78B-5-506(1)(c) | 20.00 | 20.00 |
| **Other Personal Property of Any Kind Not Already Listed** | | | |
| **C-Pap machine** | Utah Code Ann. § 78B-5-505(1)(a)(ii) | 230.00 | 230.00 |
| | Total: | 4,258.00 | 10,758.00 |

Sheet __1__ of __1__ continuation sheets attached to the Schedule of Property Claimed as Exempt

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                              Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re   **Robin Leon Andersen,**                                           Case No. _____
        **Debra Lee Andersen**
                                                        ,
                              Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxx-xx-5331**<br><br>**Internal Revenue Service**<br>**Attn: Insolvency Mail Stop 5021**<br>**50 South 200 East**<br>**Salt Lake City, UT 84111** | | J | **2000, 2001, 2003, 2006**<br>**IRS Lien**<br>**Real property situated at 11321 South Paloma Way, Sandy, Utah 84094**<br>**[Lot 225, Silver Ridge Subdivision No. 2, according to the official plat thereof, recorded in the office of the Salt Lake County Recorder]** | | | | | |
| | | | Value $                **190,000.00** | | | | 14,827.71 | 14,827.71 |
| Account No. **xx306-1**<br><br>**Mountain America Credit Union**<br>**7181 S Campus View Dr**<br>**West Jordan, UT 84084** | | H | **Deed of Trust (1st position)**<br>**Real property situated at 11321 South Paloma Way, Sandy, Utah 84094**<br>**[Lot 225, Silver Ridge Subdivision No. 2, according to the official plat thereof, recorded in the office of the Salt Lake County Recorder]** | | | | | |
| | | | Value $                **190,000.00** | | | | 140,708.00 | 0.00 |
| Account No.<br><br>**ALSO NOTIFY:**<br>**Mountain America Credit Union** | | | **Mountain America Credit Union**<br>**c/o Scalley Reading Bates Hansen & Ras.**<br>**15 W South Temple**<br>**Salt Lake City, UT 84101** | | | | | |
| | | | Value $ | | | | | |
| Account No. **xx8623**<br><br>**Prestige Financial Services**<br>**PO Box 26907**<br>**Salt Lake City, UT 84126-0907** | X | H | **8/06**<br><br>**PMSI**<br><br>**2001 Chevrolet Tahoe (118,275 miles)** | | | | | |
| | | | Value $                **9,000.00** | | | | 14,299.11 | 5,299.11 |

___1___ continuation sheets attached

Subtotal
(Total of this page)

169,834.82 | 20,126.82

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re   **Robin Leon Andersen,**        Case No. _____
     **Debra Lee Andersen**

_____,
Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br>**ALSO NOTIFY:** <br>**Prestige Financial Services** | | | **Prestige Financial** <br>**1420 S 500 W** <br>**Salt Lake City, UT 84115** <br><br><br> Value $ | | | | | |
| Account No. **28-20-254-002-0000** <br><br>**Salt Lake County Treasurer** <br>**Attn: Ray Lancaster** <br>**2001 S. State St. N1200** <br>**Salt Lake City, UT 84190-1250** | | H | **2006 - 2008** <br>**Real Property Tax Lien** <br>**Real property situated at 11321 South Paloma Way, Sandy, Utah 84094** <br>**[Lot 225, Silver Ridge Subdivision No. 2, according to the official plat thereof, recorded in the office of the Salt Lake County Recorder]** <br> Value $      **190,000.00** | | | | 5,750.08 | 0.00 |
| Account No. <br><br>**Steven Scott** <br>**c/o Bryan Todd, P.C.** <br>**310 E 4500 S Ste 520** <br>**Salt Lake City, UT 84107** | | H | **7/1/97** <br>**Deed of Trust (2nd position)** <br>**Real property situated at 11321 South Paloma Way, Sandy, Utah 84094** <br>**[Lot 225, Silver Ridge Subdivision No. 2, according to the official plat thereof, recorded in the office of the Salt Lake County Recorder]** <br> Value $      **190,000.00** | | | | 58,240.00 | 14,698.08 |
| Account No. **xxxxxxx2-002 IIT** <br><br>**Utah State Tax Commission** <br>**Attn Bankruptcy Unit** <br>**210 North 1950 West** <br>**Salt Lake City, UT 84134** | | J | **1997, 1999** <br><br>**Tax Lien (5/17/04)** <br><br>**Income taxes** <br><br> Value $      **0.00** | | | | 1,300.00 | 1,300.00 |
| Account No. <br><br><br><br><br> | | | <br><br><br><br> Value $ | | | | | |

Sheet  **1**  of  **1**  continuation sheets attached to <br>Schedule of Creditors Holding Secured Claims

|  |  |  |
|---|---|---|
| Subtotal <br>(Total of this page) | 65,290.08 | 15,998.08 |
| Total <br>(Report on Summary of Schedules) | 235,124.90 | 36,124.90 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                  Best Case Bankruptcy

B6E (Official Form 6E) (12/07)

.

In re    **Robin Leon Andersen,**                                                              Case No. _____
**Debra Lee Andersen**

_____ ,
Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

\* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____1_____ continuation sheets attached

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6E (Official Form 6E) (12/07) - Cont.

In re **Robin Leon Andersen,**        Case No. _____
        **Debra Lee Andersen**

                                                                    ,
                            Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No. **xxx-xx-5331** | | | **1994 - 2003** | | | | | |
| **Internal Revenue Service Attn: Insolvency Mail Stop 5021 50 South 200 East Salt Lake City, UT 84111** | J | | **Income taxes and Civil Penalties (excludes portion included in tax lien)** | | | | | **Unknown** |
| | | | | | | | 105,208.94 | **Unknown** |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

| | | | |
|---|---|---|---|
| Sheet _**1**_ of _**1**_ continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims | Subtotal | 0.00 | |
| | (Total of this page) | 105,208.94 | 0.00 |
| | Total | 0.00 | |
| | (Report on Summary of Schedules) | 105,208.94 | 0.00 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re   **Robin Leon Andersen,**                                          Case No. _____
        **Debra Lee Andersen**
_____
                            Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. **xxx9436**<br><br>**Alta High School**<br>**c/o Expess Recovery Services, Inc.**<br>**2790 Decker Lake Dr**<br>**Salt Lake City, UT 84119** | | W | | | Unpaid check | | | | 65.00 |
| Account No. **xx5594**<br><br>**Alta View Hospital** | | J | | | Medical services | | | | 309.23 |
| Account No.<br><br>**ALSO NOTIFY:**<br>**Alta View Hospital** | | | | | **Altaview Hospital**<br>**c/o Mountain Medical** | | | | |
| Account No. **xxx-xxxx0686**<br><br>**Alta View Hospital**<br>**9660 S 1300 E**<br>**Sandy, UT 84094** | | H | | | Medical services | | | | 351.42 |

___16___ continuation sheets attached

Subtotal
(Total of this page)                                      725.65

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    S/N:25031-090811   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Robin Leon Andersen,**      **Debra Lee Andersen**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **AN0039**<br><br>**Aspen Ridge Dental**<br>**1442 E Draper Pkwy Ste G**<br>**Draper, UT 84020** | | W | Medical services | | | | 118.00 |
| Account No. **xx8630**<br><br>**Aspire Visa**<br>**c/o Bennett & DeLoney PC**<br>**1265 E Fort Union Blvd Ste 150**<br>**Midvale, UT 84047-1808** | | H | Medical services | | | | 2,966.90 |
| Account No. **xxxx-xxxx-xxxx-7148**<br><br>**Capital One Bank**<br>**Payments**<br>**PO Box 650010**<br>**Dallas, TX 75265-0007** | | W | Merchandise | | | | 1,756.69 |
| Account No.<br><br>**ALSO NOTIFY:**<br>**Capital One Bank** | | | **Capital One Bank**<br>**Inquiries**<br>**PO Box 30285**<br>**Salt Lake City, UT 84130** | | | | |
| Account No.<br><br>**ALSO NOTIFY:**<br>**Capital One Bank** | | | **Capital One Bank**<br>**c/o Northland Group Inc.**<br>**PO Box 390846**<br>**Minneapolis, MN 55439-0846** | | | | |

Sheet no. __1__ of __16__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

4,841.59

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Robin Leon Andersen,**
**Debra Lee Andersen**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **Civil No. xxxxx8675** | | H | | Judgment | | | | |
| **Collection Services Bureau of Utah, Inc.** c/o David R. Hamilton PO Box 9214 Ogden, UT 84403 | | | | | | | | **Unknown** |
| Account No. **xx9156** | | W | | 2009 Cable | | | | |
| **Comcast** c/o Credit Service of Logan, Inc. PO Box 3730 Logan, UT 84323-3730 | | | | | | | | **69.41** |
| Account No. **xxxx xxxx xxxx 5324** | | H | | Living expenses | | | | |
| **Credit One Bank** PO Box 60500 City Of Industry, CA 91716-0500 | | | | | | | | **593.55** |
| Account No. | | | | **Credit One Bank** c/o Portfolio Recovery Associates, LLC PO Box 12914 Norfolk, VA 23541 | | | | |
| **ALSO NOTIFY:** **Credit One Bank** | | | | | | | | |
| Account No. | | | | **Credit One Bank** c/o NCO Financial Systems, Inc. 4740 Baxter Rd Virginia Beach, VA 23462 | | | | |
| **ALSO NOTIFY:** **Credit One Bank** | | | | | | | | |

Sheet no. __**2**__ of __**16**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**662.96**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re   **Robin Leon Andersen,**
      **Debra Lee Andersen**                      Case No. _____

_____ ,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **Case No. 080408675** <br><br> **Peter R. Eldridge, DDS** <br>**c/o Collection Services Bureau** <br>**PO Box 1270** <br>**Ogden, UT 84402** | | H | | | Medical services | | | | 1,700.00 |
| Account No. **Case No. 080408675** <br><br> **IMAD Farrukh, MD** <br>**c/o Collection Services Bureau** <br>**PO Box 1270** <br>**Ogden, UT 84402** | | J | | | Medical services | | | | 900.00 |
| Account No. **xxxx xxxx xxxx 8285** <br><br> **First National Credit Card** <br>**PO Box 5097** <br>**Sioux Falls, SD 57117-5097** | | W | | | ? | | | | 325.97 |
| Account No. **xxxx xxxx xxxx 8932** <br><br> **First Savings Credit Card** <br>**PO Box 2957** <br>**Omaha, NE 68103-2957** | | W | | | ? | | | | 407.92 |
| Account No. <br><br> **ALSO NOTIFY:** <br>**First Savings Credit Card** | | | | | **First Savings Credit Card** <br>**PO Box 5019** <br>**Sioux Falls, SD 57117-5019** | | | | |

Sheet no. __3__ of __16__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **3,333.89**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037             Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Robin Leon Andersen,**
        **Debra Lee Andersen**

Case No. _____

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx-x1083**<br><br>**Hidden Valley Family Medicine**<br>**PO Box 150610**<br>**Ogden, UT 84415-0610** | | H | Medical services | | | | 85.00 |
| Account No. **xxxx-xxxx-xxxx-6913**<br><br>**HSBC Card Services**<br>**Payments**<br>**PO Box 17332**<br>**Salinas, CA 93912** | | W | Merchandise | | | | 567.88 |
| Account No.<br><br>**ALSO NOTIFY:**<br>**HSBC Card Services** | | | **HSBC**<br>**c/o Capital Management Services, LP**<br>**726 Exchange St Ste 700**<br>**Buffalo, NY 14210** | | | | |
| Account No.<br><br>**ALSO NOTIFY:**<br>**HSBC Card Services** | | | **HSBC Card Services**<br>**Inquiries**<br>**PO Box 80026**<br>**Baltimore, MD 21297-1332** | | | | |
| Account No.<br><br>**ALSO NOTIFY:**<br>**HSBC Card Services** | | | **HSBC Card Services**<br>**Payments**<br>**PO Box 60102**<br>**City Of Industry, CA 91716-0102** | | | | |

Sheet no. __4__ of __16__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

652.88

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Robin Leon Andersen,**                        Case No. _____
       **Debra Lee Andersen**

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**ALSO NOTIFY:**<br>**HSBC Card Services** | | | **HSBC Card Services**<br>**Inquiries**<br>**PO Box 80084**<br>**Salinas, CA 93912** | | | | |
| Account No.<br>**ALSO NOTIFY:**<br>**HSBC Card Services** | | | **HSBC Card Services, Inc.**<br>**c/o Arrow Financial Services, LLC**<br>**5996 W Touhy Ave**<br>**Niles, IL 60714** | | | | |
| Account No.<br>**ALSO NOTIFY:**<br>**HSBC Card Services** | | | **HSBC Crad Services**<br>**c/o ARM, Inc.**<br>**PO Box 129**<br>**Thorofare, NJ 08086-0129** | | | | |
| Account No. **xxxx5319**<br>**Intermountain Health Care**<br>**4646 W Lake Park Blvd**<br>**PO Box 30191**<br>**Salt Lake City, UT 84130-0191** | | H | **Medical services** | | | | 75.08 |
| Account No. **-6518, -0485, - 5448**<br>**Intermountain Health Care**<br>**PO Box 30180**<br>**Salt Lake City, UT 84130** | | H | **Medical services** | | | | 468.53 |

Sheet no. __5__ of __16__ sheets attached to Schedule of              Subtotal               
Creditors Holding Unsecured Nonpriority Claims               (Total of this page)        **543.61**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037               Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Robin Leon Andersen,**
    **Debra Lee Andersen**

Case No. _____

_____
                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxx-xxxxx3548**<br><br>**Intermountain Health Care**<br>**3930 Parkway Blvd**<br>**Salt Lake City, UT 84120** | | H | | Medical services | | | | 507.06 |
| Account No. **xxx-xxxxx3548**<br><br>**Intermountain Health Care**<br>**4646 W Lake Park Blvd**<br>**PO Box 30191**<br>**Salt Lake City, UT 84130-0191** | | H | | Medical services | | | | 155.64 |
| Account No. **xxxx0117**<br><br>**Intermountain Health Care ARC**<br>**PO Box 1259**<br>**Dept. #18894**<br>**Oaks, PA 19456** | | H | | Medical services | | | | 24.89 |
| Account No. **xxxx7914**<br><br>**Intermountain Health Care ARC**<br>**PO Box 1259**<br>**Dept. #18894**<br>**Oaks, PA 19456** | | H | | Medical services | | | | 14.72 |
| Account No. **xxxx9957**<br><br>**Intermountain Health Care ARC**<br>**PO Box 1259**<br>**Dept. #18894**<br>**Oaks, PA 19456** | | H | | Medical services | | | | 351.57 |

Sheet no. __6__ of __16__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,053.88**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robin Leon Andersen,**                                             Case No. _____
         **Debra Lee Andersen**

_____,
                              Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **xxxx7490** | | | | | Medical services | | | | |
| **Intermountain Health Care ARC** **PO Box 1259** **Dept. #18894** **Oaks, PA 19456** | | H | | | | | | | 2,489.73 |
| Account No. **xxxx5574** | | | | | Medical services | | | | |
| **Intermountain Health Care ARC** **PO Box 1259** **Dept. #18894** **Oaks, PA 19456** | | H | | | | | | | 224.94 |
| Account No. **xxx-xxx5448** | | | | | Medical services | | | | |
| **Intermountain Medical Group** **PO Box 79052** **Phoenix, AZ 85062-9052** | | H | | | | | | | 25.00 |
| Account No. **x2619, xx3746** | | | | | Medical services | | | | |
| **Jordan Valley Hospital** **c/o Mountain Land Collections, Inc.** **PO Box 1280** **American Fork, UT 84003-6280** | | H | | | | | | | 21,191.17 |
| Account No. **K5179** | | | | | Medical services | | | | |
| **Robin L. Krueger, MD** **c/o Physician's Choice Medical Billing** **PO Box 95642** **South Jordan, UT 84095** | | H | | | | | | | 125.05 |

Sheet no. __7__ of __16__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **24,055.89**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Robin Leon Andersen,**
       **Debra Lee Andersen**                                    Case No. _____

_____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xx xxxx x1723**<br><br>**LabCorp**<br>**c/o C.C.S. -27**<br>**PO Box 55126**<br>**Boston, MA 02205-5126** | | W | Medical services | | | | 842.00 |
| Account No. **xx5208**<br><br>**Mountain Medical Physician Specialists**<br>**PO Box 29684**<br>**Phoenix, AZ 85038-9684** | | J | Medical services | | | | 171.10 |
| Account No.<br><br>**ALSO NOTIFY:**<br>**Mountain Medical Physician Specialists** | | | **Mountain Medical Physicians Special**<br>**c/o Johnson, Riddle & Mark, LLC**<br>**PO Box 7811**<br>**Sandy, UT 84091-7811** | | | | |
| Account No. **xx5028**<br><br>**Mountain Medical Physician Specialists**<br>**PO Box 29684**<br>**Phoenix, AZ 85038-9684** | | H | Medical services | | | | 15.26 |
| Account No.<br><br>**ALSO NOTIFY:**<br>**Mountain Medical Physician Specialists** | | | **Mountain Medical Physicians**<br>**c/o Checknet**<br>**746 E 1910 S Ste 4**<br>**Provo, UT** | | | | |

Sheet no. __8__ of __16__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          1,028.36

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Robin Leon Andersen,**
      **Debra Lee Andersen**
                                                Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx0127-WMMPS** <br><br>**Mountain Medical Physician Specialists** <br>**PO Box 29684** <br>**Phoenix, AZ 85038-9684** | | H | Medical services | | | | 14.13 |
| Account No. **xx5594** <br><br>**Mountain Medical Physician Specialists** <br>**PO Box 29684** <br>**Phoenix, AZ 85038-9684** | | H | Medical services | | | | 282.00 |
| Account No. **Case No. 055006193** <br><br>**Murray City Justice Court** <br>**688 E Vine St** <br>**Salt Lake City, UT 84107** | | H | 3/29/05 <br>Traffic violation | | | | 1,350.00 |
| Account No. **xxx-xxx2629** <br><br>**Papa John's** <br>**c/o Hall & Associates** <br>**560 Rte 303 Ste 209** <br>**Orangeburg, NY 10962-1334** | | H | ? | | | | 160.00 |
| Account No. **xxxx-xxxx-xxxx-7576** <br><br>**Premier Bankcard, Inc.** <br>**c/o First Circle Financial Services, LLC** <br>**PO Box 5689** <br>**Clearwater, FL 33758-5689** | | W | ? | | | | 555.44 |

Sheet no. __9__ of __16__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,361.57

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Robin Leon Andersen,**
       **Debra Lee Andersen**

Case No. _____

_____,
                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No.<br><br>**ALSO NOTIFY:**<br>**Premier Bankcard, Inc.** | | | | **First Premier Bank**<br>**c/o MRS Associates, Inc.**<br>**3 Executive Campus Ste 400**<br>**Cherry Hill, NJ 08002** | | | | |
| Account No. **xxxxxxxx5749**<br><br>**Qwest Communications**<br>**Attn: Bankruptcy Group**<br>**P.O. Box 5508**<br>**Bismarck, ND 58506** | J | | | **Utilities** | | | | 288.08 |
| Account No.<br><br>**ALSO NOTIFY:**<br>**Qwest Communications** | | | | **Qwest**<br>**c/o E R Solutions, Inc.**<br>**PO Box 9004**<br>**Renton, WA 98057-9004** | | | | |
| Account No.<br><br>**ALSO NOTIFY:**<br>**Qwest Communications** | | | | **Qwest**<br>**c/o Afni, Inc.**<br>**PO Box 3427**<br>**Bloomington, IL 61702-3427** | | | | |
| Account No.<br><br>**L. Craig Rosvall, DDS**<br>**224 S 1100 E**<br>**American Fork, UT 84003** | W | | | **Medical services** | | | | 1,915.32 |

Sheet no. __10__ of __16__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,203.40

B6F (Official Form 6F) (12/07) - Cont.

In re  **Robin Leon Andersen,**
      **Debra Lee Andersen**
                                                  ,
                                    Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**ALSO NOTIFY:**<br>**L. Craig Rosvall, DDS** | | | **Edwin Parry**<br>**3782 W 2340 S Ste B**<br>**West Valley City, UT 84120** | | | | |
| Account No.<br><br>**ALSO NOTIFY:**<br>**L. Craig Rosvall, DDS** | | | **L. Craig Rosvall DDS**<br>**c/o Express Recovery Services, Inc.**<br>**PO Box 26415**<br>**Salt Lake City, UT 84126-0415** | | | | |
| Account No.<br><br>**L. Craig Rosvall, DDS**<br>**224 S 1100 E**<br>**American Fork, UT 84003** | | W | **Medical services** | | | | **669.29** |
| Account No. **Case No. xxxxx3525**<br><br>**Sandy City**<br>**210 W Sego Lily Dr**<br>**Sandy, UT 84070-3282** | | H | **Traffic violation** | | | | **1,612.00** |
| Account No. **Citation No. Sxxxxx3850**<br><br>**Sandy City**<br>**210 W Sego Lily Dr**<br>**Sandy, UT 84070-3282** | | H | **5/15/09**<br>**Traffic violation** | | | | **0.00** |

Sheet no. __11__ of __16__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                             Subtotal
(Total of this page)

**2,281.29**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robin Leon Andersen,**
         **Debra Lee Andersen**

Case No. _____

_____,
                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. **Case No. xxxxx0909 IF**<br><br>**Sandy City**<br>**210 W Sego Lily Dr**<br>**Sandy, UT 84070-3282** | | W | | Traffic violation | | | | **Unknown** |
| Account No. **Case No.045002792**<br><br>**Sandy City**<br>**210 W Sego Lily Dr**<br>**Sandy, UT 84070-3282** | | H | | 2009<br>Traffic violation | | | | **1,612.00** |
| Account No. **xxxxx9961**<br><br>**Sandy City**<br>**210 W Sego Lily Dr**<br>**Sandy, UT 84070-3282** | | H | | 7/27/09<br>Dog  license violation; bench warrant | | | | **557.00** |
| Account No. **x6245**<br><br>**Sandy City Fire Department**<br>**PO Box 1099**<br>**Sandy, UT 84091** | | H | | Medical services | | | | **830.80** |
| Account No. **Docket No. C07-06045, #17-0353**<br><br>**State of Utah**<br>**c/o West Valley City**<br>**3600 S Constitution Blvd**<br>**West Valley City, UT 84119-3720** | | W | | Traffic violation | | | | **Unknown** |

Sheet no. __**12**__ of __**16**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**2,999.80**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Robin Leon Andersen,**                                             Case No. _____
       **Debra Lee Andersen**
_____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **C07-03645, EC10088109** <br><br> **State of Utah** <br> **c/o West Valley City** <br> **3600 S Constitution Blvd** <br> **West Valley City, UT 84119-3720** | | W | Traffic violation | | | | **Unknown** |
| Account No. **Cxx-x3589, Cxxx4071** <br><br> **State of Utah** <br> **c/o West Valley City** <br> **3600 S Constitution Blvd** <br> **West Valley City, UT 84119-3720** | | W | Traffic violation | | | | **Unknown** |
| Account No. **xxxxx0226** <br><br> **T-Mobile** <br> **PO Box 660252** <br> **Dallas, TX 75266-0252** | | H | Cell phone | | | X | **516.98** |
| Account No. <br><br> **ALSO NOTIFY:** <br> **T-Mobile** | | | **T-Mobile** <br> **c/o ER Solutions, Inc.** <br> **PO Box 9004** <br> **Renton, WA 98057** | | | | |
| Account No. <br><br> **ALSO NOTIFY:** <br> **T-Mobile** | | | **T-Mobile** <br> **c/o Sunrise Credit Services, Inc.** <br> **PO Box 9100** <br> **Farmingdale, NY 11735-9100** | | | | |

Sheet no. __**13**__ of __**16**__ sheets attached to Schedule of                    Subtotal                **516.98**
Creditors Holding Unsecured Nonpriority Claims                              (Total of this page)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                             Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Robin Leon Andersen,**  Case No. _____
      **Debra Lee Andersen**

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No. **1516**<br><br>**a Tin Man**<br>**8862 S 1700 E**<br>**Sandy, UT 84093** | | H | | | 12/07<br>Rain gutter | | | | 355.06 |
| Account No. **Ulxx1615**<br><br>**Utah Imaging Associates**<br>**PO Box 1369**<br>**Bountiful, UT 84011-1369** | | H | | | Medical services | | | | 390.00 |
| Account No. **xxxxxxxxxx5338**<br><br>**Washington Mutual**<br>**attn:  Bankruptcy Unit**<br>**P.O. Box 201079**<br>**Stockton, CA 95290** | | H | | | ? | | | | 981.56 |
| Account No.<br><br>**ALSO NOTIFY:**<br>**Washington Mutual** | | | | | **Washington Mutual**<br>**c/o RJM Acquisitions, LLC**<br>**575 Underhill Blvd Ste 224**<br>**Syosset, NY 11791-3416** | | | | |
| Account No. **xxxxxxxxxxxxx0425**<br><br>**Wells Fargo Bank**<br>**PO Box 30086**<br>**Los Angeles, CA 90030-0086** | | H | | | Merchandise | | | | 288.98 |

Sheet no. __14__ of __16__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,015.60

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Robin Leon Andersen,**
        **Debra Lee Andersen**

Case No. _____

_____
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No.<br><br>**ALSO NOTIFY:**<br>**Wells Fargo Bank** | | | | **Wells Fargo**<br>**c/o Bureau of Colleciton Recovery**<br>**7575 Corporate Way**<br>**Eden Prairie, MN 55344** | | | | |
| Account No.<br><br>**ALSO NOTIFY:**<br>**Wells Fargo Bank** | | | | **Wells Fargo Bank NW**<br>**Collections**<br>**711 West Broadway**<br>**Tempe, AZ 85282** | | | | |
| Account No.<br><br>**ALSO NOTIFY:**<br>**Wells Fargo Bank** | | | | **Wells Fargo Bank, N.A.**<br>**P.O. Box 6995**<br>**Portland, OR 97228-6995** | | | | |
| Account No. **xxx1094**<br><br>**West Jordan Ambulance**<br>**c/o First Professional Services Corp.**<br>**PO Box 27398**<br>**Salt Lake City, UT 84127** | | H | | **Medical services** | | | | **887.55** |
| Account No.<br><br>**ALSO NOTIFY:**<br>**West Jordan Ambulance** | | | | **West Jordan Ambulance**<br>**c/o First Professional Services Corp.** | | | | |

Sheet no. __**15**__ of __**16**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**887.55**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re **Robin Leon Andersen,**
     **Debra Lee Andersen**
_____,
Debtor

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **Case No. xxxxx6819 TC** | | | | **Traffic violation** | | | | |
| **West Jordan City Justice Court** **8040 S Redwood Rd** **West Jordan, UT 84088** | | H | | | | | | **732.00** |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet no. __16__ of __16__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | | **732.00** |
| Total (Report on Summary of Schedules) | | **50,896.90** |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

.

In re    **Robin Leon Andersen,**                             Case No. _____
       **Debra Lee Andersen**

                                   Debtors

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| | |

0

\_\_\_\_\_ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                             Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

.

In re     **Robin Leon Andersen,**                                    Case No. _____
          **Debra Lee Andersen**

_____,
Debtors

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Robin Anderson, Jr.**<br>**11321 S Paloma Way**<br>**Sandy, UT 84094** | **Prestige Financial Services**<br>**PO Box 26907**<br>**Salt Lake City, UT 84126-0907** |

**0**
_____ continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6I (Official Form 6I) (12/07)

In re     **Robin Leon Andersen**
          **Debra Lee Andersen**                                    Case No. _____
          _____
                    Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S): **Daughter** | AGE(S): **15** |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | | **Sales** |
| Name of Employer | **Unemployed** | **Costco** |
| How long employed | | **7/08 - present** |
| Address of Employer | | **Sandy, UT** |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ 0.00 | $ 2,073.81 |
| 2. Estimate monthly overtime | $ 0.00 | $ 0.00 |
| 3. SUBTOTAL | $ 0.00 | $ 2,073.81 |
| 4. LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $ 0.00 | $ 187.61 |
| b. Insurance | $ 0.00 | $ 144.00 |
| c. Union dues | $ 0.00 | $ 0.00 |
| d. Other (Specify): **401(k)** | $ 0.00 | $ 58.00 |
| **Medical and dental T.A.** | $ 0.00 | $ 26.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ 0.00 | $ 415.61 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ 0.00 | $ 1,658.20 |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ 0.00 | $ 0.00 |
| 8. Income from real property | $ 0.00 | $ 0.00 |
| 9. Interest and dividends | $ 0.00 | $ 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ 0.00 | $ 0.00 |
| 11. Social security or government assistance (Specify): | $ 0.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| 12. Pension or retirement income | $ 0.00 | $ 0.00 |
| 13. Other monthly income (Specify): | $ 0.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ 0.00 | $ 0.00 |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ 0.00 | $ 1,658.20 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | $ 1,658.20 |

(Report also on Summary of Schedules and, if applicable, on
Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
**Due to medical condition, Debtor needs physician's clearance in order to work. He has applied for disability and is continuing to look for employment.**

B6J (Official Form 6J) (12/07)

In re   **Robin Leon Andersen**
    **Debra Lee Andersen**                    Case No.
                                Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|--:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 993.00 |
| a. Are real estate taxes included?        Yes ___      No _X_ | | |
| b. Is property insurance included?        Yes ___      No _X_ | | |
| 2. Utilities:   a. Electricity and heating fuel | $ | 165.00 |
|               b. Water and sewer | $ | 65.00 |
|               c. Telephone | $ | 55.00 |
|               d. Other   **See Detailed Expense Attachment** | $ | 120.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 50.00 |
| 4. Food | $ | 800.00 |
| 5. Clothing | $ | 20.00 |
| 6. Laundry and dry cleaning | $ | 20.00 |
| 7. Medical and dental expenses | $ | 75.00 |
| 8. Transportation (not including car payments) | $ | 165.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 30.00 |
| 10. Charitable contributions | $ | 200.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|               a. Homeowner's or renter's | $ | 0.00 |
|               b. Life | $ | 0.00 |
|               c. Health | $ | 0.00 |
|               d. Auto | $ | 110.00 |
|               e. Other | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
|       (Specify) | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
|               a. Auto | $ | 404.00 |
|               b. Other   **Murray City Justice Court** | $ | 135.00 |
|               c. Other   **West Jordan City Justice Court** | $ | 75.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other   **See Detailed Expense Attachment** | $ | 55.00 |

| | | |
|---|---|--:|
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 3,537.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|--:|
| a.   Average monthly income from Line 15 of Schedule I | $ | 1,658.20 |
| b.   Average monthly expenses from Line 18 above | $ | 3,537.00 |
| c.   Monthly net income (a. minus b.) | $ | -1,878.80 |

**B6J (Official Form 6J) (12/07)**

In re  **Robin Leon Andersen**
       **Debra Lee Andersen**                                        Case No. _____
                        Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
## Detailed Expense Attachment

**Other Utility Expenditures:**

| | | |
|---|---|---|
| **Cell phones** | $ | **85.00** |
| **Internet** | $ | **25.00** |
| **Garbage collection** | $ | **10.00** |
| **Total Other Utility Expenditures** | $ | **120.00** |

**Other Expenditures:**

| | | |
|---|---|---|
| **School expenses** | $ | **15.00** |
| **School lunch expenses** | $ | **25.00** |
| **Personal care items** | $ | **15.00** |
| **Total Other Expenditures** | $ | **55.00** |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## District of Utah, Central Division

In re **Robin Leon Andersen**
    **Debra Lee Andersen**

Debtor(s)

Case No. _____

Chapter    **7**   _____

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

      I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of
__**35**__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **August 21, 2009**_____      Signature   **/s/ Robin Leon Andersen**_____
                                                     **Robin Leon Andersen**
                                                     Debtor

Date  **August 21, 2009**_____      Signature   **/s/ Debra Lee Andersen**_____
                                                       **Debra Lee Andersen**
                                                     Joint Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

Software Copyright (c) 1996-2009 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037             Best Case Bankruptcy

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## District of Utah, Central Division

In re    **Robin Leon Andersen**
        **Debra Lee Andersen**                          Case No. _____

                                   Debtor(s)     Chapter     **7** _____

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate.  Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>**Internal Revenue Service** | **Describe Property Securing Debt:**<br>**Real property situated at 11321 South Paloma Way, Sandy, Utah 84094**<br>**[Lot 225, Silver Ridge Subdivision No. 2, according to the official plat thereof, recorded in the office of the Salt Lake County Recorder]** |

Property will be (check one):
   ■ Surrendered                ☐ Retained

If retaining the property, I intend to (check at least one):
   ☐ Redeem the property
   ☐ Reaffirm the debt
   ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
   ■ Claimed as Exempt                   ☐ Not claimed as exempt

| Property No. 2 | |
|---|---|
| **Creditor's Name:**<br>**Mountain America Credit Union** | **Describe Property Securing Debt:**<br>**Real property situated at 11321 South Paloma Way, Sandy, Utah 84094**<br>**[Lot 225, Silver Ridge Subdivision No. 2, according to the official plat thereof, recorded in the office of the Salt Lake County Recorder]** |

Property will be (check one):
   ■ Surrendered                ☐ Retained

If retaining the property, I intend to (check at least one):
   ☐ Redeem the property
   ☐ Reaffirm the debt
   ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
   ■ Claimed as Exempt                   ☐ Not claimed as exempt

B8 (Form 8) (12/08)                                                                                      Page 2

| Property No. 3 | |
|---|---|
| **Creditor's Name:**<br>**Prestige Financial Services** | **Describe Property Securing Debt:**<br>**2001 Chevrolet Tahoe (118,275 miles)** |

Property will be (check one):
  ☐ Surrendered        ■ Retained

If retaining the property, I intend to (check at least one):
  ☐ Redeem the property
  ■ Reaffirm the debt
  ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
  ■ Claimed as Exempt        ☐ Not claimed as exempt

| Property No. 4 | |
|---|---|
| **Creditor's Name:**<br>**Salt Lake County Treasurer** | **Describe Property Securing Debt:**<br>**Real property situated at 11321 South Paloma Way, Sandy,**<br>**Utah 84094**<br>**[Lot 225, Silver Ridge Subdivision No. 2, according to the**<br>**official plat thereof, recorded in the office of the Salt Lake**<br>**County Recorder]** |

Property will be (check one):
  ■ Surrendered        ☐ Retained

If retaining the property, I intend to (check at least one):
  ☐ Redeem the property
  ☐ Reaffirm the debt
  ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
  ■ Claimed as Exempt        ☐ Not claimed as exempt

B8 (Form 8) (12/08)                                                                                                Page 3

| Property No. 5 | |
| --- | --- |
| **Creditor's Name:**<br>**Steven Scott** | **Describe Property Securing Debt:**<br>**Real property situated at 11321 South Paloma Way, Sandy,**<br>**Utah 84094**<br>**[Lot 225, Silver Ridge Subdivision No. 2, according to the**<br>**official plat thereof, recorded in the office of the Salt Lake**<br>**County Recorder]** |

Property will be (check one):
- ■ Surrendered          □ Retained

If retaining the property, I intend to (check at least one):
- □ Redeem the property
- □ Reaffirm the debt
- □ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ■ Claimed as Exempt          □ Not claimed as exempt

| Property No. 6 | |
| --- | --- |
| **Creditor's Name:**<br>**Utah State Tax Commission** | **Describe Property Securing Debt:**<br>**Income taxes** |

Property will be (check one):
- ■ Surrendered          □ Retained

If retaining the property, I intend to (check at least one):
- □ Redeem the property
- □ Reaffirm the debt
- □ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ■ Claimed as Exempt          □ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
| --- | --- | --- |
| **Lessor's Name:**<br>**-NONE-** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>□ YES          □ NO |

B8 (Form 8) (12/08)

Page 4

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date  __**August 21, 2009**_____        Signature  __**/s/ Robin Leon Andersen**_____
                                                        **Robin Leon Andersen**
                                                        Debtor

Date  __**August 21, 2009**_____        Signature  __**/s/ Debra Lee Andersen**_____
                                                        **Debra Lee Andersen**
                                                        Joint Debtor

## United States Bankruptcy Court
### District of Utah, Central Division

In re    **Robin Leon Andersen**
       **Debra Lee Andersen**

Debtor(s)

Case No. _____

Chapter   **7** _____

# PAYMENT ADVICES COVER SHEET
# UNDER 11 U.S.C. § 521(a)(1)(B)(iv)

I,   **Robin Leon Andersen**  , declare under penalty of perjury that the foregoing is true and correct (CHECK ONE OF THESE BOXES):

■    I have not been employed by any employer within the 60 days before the date of the filing of the petition.

☐    I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because ___

☐    I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached.

I,   **Debra Lee Andersen**  , declare under penalty of perjury that the foregoing is true and correct (CHECK ONE OF THESE BOXES):

☐    I have not been employed by any employer within the 60 days before the date of the filing of the petition.

☐    I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because ___

■    I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached.

Date   **August 21, 2009** _____     Signature   **/s/ Robin Leon Andersen** _____
                                                        **Robin Leon Andersen**
                                                        Debtor

Date   **August 21, 2009** _____     Signature   **/s/ Debra Lee Andersen** _____
                                                        **Debra Lee Andersen**
                                                        Joint Debtor

**ANDERSEN, DEBBI L.**

PERIOD BEGIN DATE 07/20/09   PERIOD END DATE 08/02/09   CHECK NO. 7919851   EMPLOYEE NUMBER 557008

| WAGES | HOURS | RATE | AMOUNT | YTD AMOUNT | DEDUCTIONS | AMOUNT | YTD AMOUNT | DEDUCTIONS | AMOUNT | YTD AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| REGULAR | 6041 | 12500 | 75513 | 1122068 | FICA2 | 1424 | 21416 | MED-TA | | 1000 |
| SUNDAY | 1572 | 18750 | 29476 | 380735 | FICA | 6091 | 91573 | DEN-TA | | 300 |
| OVERTIM | 8 | 18750 | 150 | 1262 | FIT | | 2554 | | | |
| HOLIDAY | | | | 53708 | STATE | 1659 | 21685 | | | |
| SUNOT | | | | 24406 | 401(k) | 4206 | 49518 | | | |
| | | | | | HRLY D | 1596 | 24029 | | | |
| | | | | | SUPADD | 288 | 4608 | | | |
| | | | | | DEN-PR | 1400 | 23300 | | | |
| | | | | | MED-CP | 5500 | 91000 | | | |
| | | | | | ADJ-DE | | 2100- | | | |
| | | | | | ADJ-ME | | 7000- | | | |
| TOTALS | 7621 | | 105139 | 1582179 | | DEDUCTION TOTALS | | 22164 | 321883 |
| | TAXABLE GROSS | | 94033 | 1427461 | | NET PAY | | $82975 | $1260296 |

ACH checking          Acct 501008810614          829.75

| Hours Type | Balance |
|---|---|
| SICK | 46.64 |
| VACATION | 38.86 |

Job Desc: MEMBERSHIP MARKETER

COSTCO WHOLESALE, 999 Lake Drive, Issaquah, WA 98027 • Phone Number: (425) 313-8100

---

M3001                                                                                                    S2020

**ANDERSEN, DEBBI L.**

PERIOD BEGIN DATE 07/06/09   PERIOD END DATE 07/19/09   CHECK NO. 7831913   EMPLOYEE NUMBER 557008

| WAGES | HOURS | RATE | AMOUNT | YTD AMOUNT | DEDUCTIONS | AMOUNT | YTD AMOUNT | DEDUCTIONS | AMOUNT | YTD AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| REGULAR | 4543 | 12000 | 54516 | 1046555 | FICA2 | 1351 | 19992 | MED-TA | | 1000 |
| REGULAR | 1407 | 12500 | 17588 | | FICA | 5775 | 85482 | DEN-TA | | 300 |
| SUNDAY | 775 | 18750 | 14532 | 351259 | FIT | | 2554 | | | |
| SUNDAY | 745 | 18000 | 13410 | | STATE | 1351 | 20026 | | | |
| HOLIDAY | | | | 53708 | 401(k) | 4002 | 45312 | | | |
| SUNOT | | | | 24406 | HRLY D | 1521 | 22433 | | | |
| OVERTIM | | | | 1112 | SUPADD | 288 | 4320 | | | |
| | | | | | DEN-PR | 1400 | 21900 | | | |
| | | | | | MED-CP | 5500 | 85500 | | | |
| | | | | | ADJ-DE | | 2100- | | | |
| | | | | | ADJ-ME | | 7000- | | | |
| TOTALS | 7470 | | 100046 | 1477040 | | DEDUCTION TOTALS | | 21188 | 299719 |
| | TAXABLE GROSS | | 89144 | 1333428 | | NET PAY | | $78858 | $1177321 |

ACH checking          Acct 501008810614          788.58          Hours Type          Balance

Job Desc: MEMBERSHIP MARKETER

COSTCO WHOLESALE, 999 Lake Drive, Issaquah, WA 98027 • Phone Number: (425) 313-8100



ANDERSEN, DEBBI L.

CHECK NO. 18008142
557008

PERIOD END DATE 08/16/09

EMPLOYEE NUMBER

| WAGES | HOURS | RATE | AMOUNT | YTD AMOUNT | DEDUCTIONS | AMOUNT | YTD AMOUNT | DEDUCTIONS | AMOUNT | YTD AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| REGULAR | 52.9 | 12500 | 64113 | 1186187 | FICA2 | 1078 | 22494 | MED-TA | | 1000 |
| SICK | 8.00 | 12500 | 10000 | 10000 | FICA | 4608 | 96181 | DEN-TA | | 300 |
| SUNDAY | 3.79 | 18750 | 7107 | 38784 | FIT | | 2554 | | | |
| HOLIDAY | | | | 53708 | STATE | | 21897 | | | |
| SUNOT | | | | 24406 | 401(k) | 3249 | 52767 | | | |
| OVERTIME | | | | 1262 | HRLY D | 1235 | 25264 | | | |
| | | | | | SUPADD | 288 | 4896 | | | |
| | | | | | DEN-PR | 1400 | 24700 | | | |
| | | | | | MED-CP | 5500 | 96500 | | | |
| | | | | | ADJ-DE | | 2100- | | | |
| | | | | | ADJ-ME | | 7000- | | | |

| TOTALS | 6308 | | 81220 | 1663399 | | | | DEDUCTION TOTALS | 17570 | 339457 |
| TAXABLE GROSS | | | 71071 | 1498532 | | | NET PAY | | $636.50 | $1323946 |

ACH checking        Acct 50100881061₄

636.50   Hours Type
         SICK            Balance
         VACATION        48.64
                         38.86

Job Desc: MEMBERSHIP MARKETER

COSTCO WHOLESALE, 999 Lake Drive, Issaquah, WA 98027 • Phone Number: (425) 313-8100

— — — REMOVE DOCUMENT ALONG THIS PERFORATION — — —

**COSTCO WHOLESALE**

18008142

DATE 08/21/09

AMOUNT

$636.50

Six Hundred Thirty-Six and 50/100 Dollars —————
PROC #00487 082 / 040

DEBBI L ANDERSEN
11321 S. PALOMA
SANDY          UT   84094

DEPOSIT ADVICE

NOT NEGOTIABLE



**ANDERSEN, DEBBI L.**

PERIOD BEGIN DATE 06/22/09  PERIOD END DATE 07/05/09

CHECK NO. 7744297

EMPLOYEE NUMBER 557008

| | RATE | AMOUNT | YTD AMOUNT | | AMOUNT | YTD AMOUNT | DEDUCTIONS | AMOUNT | YTD AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| REGULAR | 5204 | 12000 | 66048 | FICA2 | 1889 | 11854 | MED-TA | | |
| SUNDAY | 7800 | 18000 | 14040 | FICA | 5086 | 79707 | DEN-TA | | 300 |
| SUNOT | 7.37 | 12000 | 8844 | FIT | | 2554 | | | |
| OVERTIM | | | | STATE | | 18675 | | | |
| | | | | 401(k) | 735 | 41310 | | | |
| | | | | HRLY D | 2668 | 20912 | | | |
| | | | | SUPADD | 1352 | 4632 | | | |
| | | | | DEN-PR | 288 | 20500 | | | |
| | | | | MED-CP | 1400 | 80000 | | | |
| | | | | ADJ-DE | 2100- | | | | |
| | | | | ADJ-ME | 7000- | | | | |

| TOTALS | 7021 | | 88932 | 1376994 | | 18210 | 278531 |
| TAXABLE GROSS | | | 79364 | 1244284 | NET PAY | $70714 | $1098163 |

ACH checking  Acct 50100881061L  707.14  Hours  Type  Balance

Job Desc: MEMBERSHIP MARKETER
COSTCO WHOLESALE, 999 Lake Drive, Issaquah, WA 98027 • Phone Number: (425) 313-8100

---

**ANDERSEN, DEBBI L.**

PERIOD BEGIN DATE 06/08/09  PERIOD END DATE 06/21/09

CHECK NO. 7657160

EMPLOYEE NUMBER 557008

| | RATE | AMOUNT | YTD AMOUNT | | AMOUNT | YTD AMOUNT | DEDUCTIONS | AMOUNT | YTD AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| REGULAR | 7.80 | 12000 | 54000 | FICA2 | 1525 | 11452 | MED-TA | | |
| SUNDAY | 7.802 | 18000 | 18000 | FICA | 6654 | 74621 | DEN-TA | | 1000 |
| SUNOT | 750 | 18000 | 14436 | FIT | | 2554 | | | 300 |
| OVERTIM | 7.7 | 18000 | 13500 | STATE | | 17940 | | | |
| HOLIDAY | | | 1128 | 401(k) | 2280 | 38642 | | | |
| | | | | HRLY D | 3427 | 19560 | | | |
| | | | | SUPADD | 288 | 3744 | | | |
| | | | | DEN-PR | 288 | 19100 | | | |
| | | | | MED-CP | 1400 | 74500 | | | |
| | | | | ADJ-DE | 2100- | | | | |
| | | | | ADJ-ME | 7000- | | | | |

| TOTALS | 8739 | | 117222 | 1288062 | | 22810 | 260313 |
| TAXABLE GROSS | | | 103895 | 1164920 | NET PAY | $91382 | $1027449 |

ACH checking  Acct 50100881061L  913.82  Hours  Type  Balance

Job Desc: MEMBERSHIP MARKETER
COSTCO WHOLESALE, 999 Lake Drive, Issaquah, WA 98027 • Phone Number: (425) 313-8100